FILED
MAR - 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk of Court,

This letter concerns the direction of my case (1-04-CV-233 SLR). I want to know what direction is this case going in at this point.

Judge Sue L. Robinson
1-04-CV-233 SLR

3/1/05

Thank you,
Anthony Offield
190392
Delaware Correctional Center
Smyrna Delaware 19977