IN THE UNITED STATE DISTRICT
COURT OF THE STATE OF DELAWARE
IN AND FOR SUSSEX COUNTY

ANTHONY Xavier COFFIELD
Plaintiff

V.

Lt. SHirl Morris, Lt. John Stanton, Lt. Bernie Williams, Dir. of Special Programs Anthony J. Rendina
Defendants

1-04-CV-233 SLR



FILED
MAR - 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

STATE OF DELAWARE
COUNTY OF SUSSEX

AFFIDAVIT OF Al-Khaaliq Spann

I Alkhaaliq Spann, being duly sworn, deposes and says: During May 2003 myself and Anthony Coffield was leaving work from the Main Kitchen of D.C.C. in Smyrna, Delaware. While holding a conversation we past through a chow hall door to return to our housing units. At this time, which was around 6:00pm Anthony Coffield never made any sexual contact or verbal harrassment to Lt. Shirl Morris which is a cook in the kitchen. Neither did Lt. Shirl Morris call out his name to come back. I was walking with Anthony Coffield that day and I never witnessed any disorderly conduct, threating behavior, or sexual misconduct on Lt. Shirl Morris at that time, or any other time that I was working in the kitchen.

Subscribed and Sworn before
this 8 day Oct 2004

Diane M. Plummer
Notary Public, State of Delaware
My Commission Expires March 25, 2005

Al Khaaliq Spann
Sussex Corr. Inst.
Route 113, P.O. Box 500
Georgetown, DE. 19947

(Continue Next Page) AS

## Certificate of Service

I, __ANTHONY X. COFFIELD__, hereby certify that I have served a true and correct cop(ies) of the attached: __Affidavit of Al-khaaliq Spann__ upon the following parties/person (s):

TO: __Office of the Clerk__
__U.S.D.C__
__844 N. King Street L.B. 18__
__Wilmington, Delaware__
__19801-3570__

TO: __Elizabeth _____
__Deputy Att. General Office__
__D.D.J (Department of Justice)__
__Wilmington Delaware__
__19801__

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __1__ day of __March__, 200__5__

_Anthony X Coffield_